# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| ALICIA PAUL, individually and on behalf of similarly situated persons, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 6:18-cv-03042-MDH |
| OZARK PIZZA COMPANY, LLC, ) ) | |
| Defendant. ) | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this suit have filed a Joint Stipulation of Dismissal with Prejudice ("Stipulation") of all claims and causes of action that were or could have been asserted by Plaintiffs against Defendant arising out of or in any way related to the matters raised in this lawsuit.

It is, therefore, ORDERED that pursuant to the Rule 41(a) Stipulation of Dismissal with Prejudice signed and filed by Plaintiffs and Defendant, all of Plaintiffs' claims in the above-referenced lawsuit are DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses.

IT IS SO ORDERED.

Date: August 1, 2019

/s/ Douglas Harpool
Douglas Harpool
United States District Judge